James Huey Gibson                           James Ronald Clary, Jr.
Allen & Gooch                               Clary & Overton
P. O. Box 81129                             850 North Blvd.
Lafayette LA 70598-1129                     Baton Rouge LA 70802


REHEARING ACTION: January 12, 2011


**Docket Number: 10   00321-CA**

**MB INDUSTRIES, LLC**
**VERSUS**
**CNA INSURANCE CO., ET AL.**

**Appealed from Acadia Parish Case No. 200810466**


<u>**BEFORE JUDGES**</u>:

**Hon. Jimmie C. Peters**
**Hon. Billy Howard Ezell**
**Hon. Shannon J. Gremillion**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Steven G. Durio, et al** has this day been

**DENIED.**
Gremillion, J., would grant rehearing.


cc: Gracella Gail Simmons, Counsel for the Appellee
    Collin Joseph LeBlanc, Counsel for the Appellee
    John Haas Weinstein, Counsel for the Appellant
    Thomas Edward St. Germain, Counsel for the Appellant
    Elisa D. Davis, Counsel for the Appellant
    Milo Addison Nickel  Jr., Counsel for the Appellant
    Steven Gerald Durio, Counsel for the Appellant
    Shawn A. Carter, Counsel for the Appellant
    Robert Louis Broussard, Counsel for the Appellant
    Juliette Busby Wade, Counsel for the Appellant
    Glen Scott Love, Counsel for the Appellant
    Robert L. Graves, Counsel for the Appellant
    Nadia Marie de la Houssaye, Counsel for the Appellant
    Gary Jude Russo, Counsel for the Appellant
    Kenneth Michael Wright, Counsel for the Appellant

Gracella Gail Simmons
Keogh, Cox, & Wilson
P. O. Box 1151
Baton Rouge LA 70821

Collin Joseph LeBlanc
Keogh, Cox & Wilson
P. O. Box 1151
Baton Rouge LA 70821

**REHEARING ACTION: January 12, 2011**

**Docket Number: 10  00321-CA**

**MB INDUSTRIES, LLC**
**VERSUS**
**CNA INSURANCE CO., ET AL.**

**Appealed from Acadia Parish Case No. 200810466**

**BEFORE JUDGES:**

>   **Hon. Jimmie C. Peters**
>   **Hon. Billy Howard Ezell**
>   **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **John Haas Weinstein, et al** has this day been

>   **DENIED.**
>   Gremillion, J., would grant rehearing.

cc: James Huey Gibson, Counsel for the Appellee
    James Ronald Clary, Jr., Counsel for the Appellee
    John Haas Weinstein, Counsel for the Appellant
    Thomas Edward St. Germain, Counsel for the Appellant
    Elisa D. Davis, Counsel for the Appellant
    Milo Addison Nickel  Jr., Counsel for the Appellant
    Steven Gerald Durio, Counsel for the Appellant
    Shawn A. Carter, Counsel for the Appellant
    Robert Louis Broussard, Counsel for the Appellant
    Juliette Busby Wade, Counsel for the Appellant
    Glen Scott Love, Counsel for the Appellant
    Robert L. Graves, Counsel for the Appellant
    Nadia Marie de la Houssaye, Counsel for the Appellant
    Gary Jude Russo, Counsel for the Appellant
    Kenneth Michael Wright, Counsel for the Appellant